■ In the Matter of the Arbitration between NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Appellant. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION LOCAL 1949, Respondent. [916 NYS2d 556]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered June 1, 2010 in a proceeding pursuant to CPLR article 75. The order denied the petition for a stay of arbitration.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.